IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMAYA WASHAM-BUFORD, as the Personal Representative of the Estate of JAMES A. BUFORD, JR., Deceased,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF PRICHARD, ALABAMA, and OFFICER JAY WILSON, in his individual and official capacity,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIV. ACT. NO. 1:21-cv-199-TFM-MU<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered on May 8, 2023, it is **ORDERED, ADJUDGED, and DECREED** that Plaintiffs' claims are **DISMISSED without prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 8th day of May, 2023.

        /s/Terry F. Moorer
        TERRY F. MOORER
        UNITED STATES DISTRICT JUDGE